# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

**ANTONIO WARD-COLBERT,**

    **Plaintiff,**

    v.

**GMRI, INC.,**

    **Defendant.**

Case No.: 1:20-CV-00176-HAB-SLC

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate that all claims in this matter are dismissed with prejudice with the parties to bear their own attorneys' fees and costs.

Dated: May 11, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Christopher C. Myers (w/permission) | /s/ Brian L. Mosby |
| Christopher C. Myers, #10043-02 | Brian L. Mosby, #26096-29 |
| CHRISTOPHER C. MYERS & ASSOCIATES | LITTLER MENDELSON, P.C. |
| 809 South Calhoun Street, Suite 400 | 111 Monument Circle, Suite 702 |
| Fort Wayne, Indiana 46802 | Indianapolis, Indiana 46204 |
| Telephone: 260.424.0600 | Telephone: 317.287.3600 |
| Email: cmyers@myers-law.com | Email: bmosby@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |